UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ZHIRONG XIA,

        Plaintiff,                         Memorandum & Order
                                             17-CV-5585
- against -

YUMMY SZECHUAN HOUSE INC., d/b/a
YUMMY SZECHUAN STYLE, and YIA PING
CHEN,

        Defendants.
-----------------------------------------------------------x
GLASSER, Senior United States District Judge:

        Before the Court is the parties' joint motion for settlement approval. ECF 16. The Court has reviewed the parties' proposed settlement and considered the various factors outlined in *Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335-37 (S.D.N.Y. 2012) and *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015). Having done so, the Court concludes that the parties' proposed settlement is fair and reasonable. Accordingly, the Court hereby grants the parties' motion and dismisses this action with prejudice.

        SO ORDERED.

Dated:      Brooklyn, New York
              June 18, 2018

                                                      /s/
                                           I. Leo Glasser                U.S.D.J.